CENTURY INSURANCE COMPANY, LTD., et al., Respondents, v. 19–29 ROCKWELL, INC., Appellant, et al., Defendants.—

No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

ELIZABETH D. CULTON, Respondent, v. A. Y. CULTON, Appellant.—

No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

MAE CUTTER et al., Respondents, v. MAXWELD CORPORATION, Appellant.—

No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

MARY A. DAVIS, as Administratrix of the Estate of DANIEL E. DAVIS, Deceased, Appellant, v. POIRIER & McLANE CORPORATION, Respondent.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

PASQUALE FERRI, Respondent, v. GREATER NEW YORK BREWERY, INC., Appellant, et al., Defendants.—

Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

VIVIEN P. FRANK, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.—

No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.